Representing Management Exclusively in Workplace Law and Related Litigation

**jackson|lewis.**

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

| ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| DALLAS, TX | MADISON, WI | PITTSBURGH, PA | TAMPA, FL |
| DAYTON, OH | MEMPHIS, TN | PORTLAND, OR | WASHINGTON, DC REGION |
| DENVER, CO | MIAMI, FL | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DETROIT, MI | MILWAUKEE, WI | PROVIDENCE, RI | |
| GRAND RAPIDS, MI | MINNEAPOLIS, MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4022
EMAIL ADDRESS: COURTIAJ@JACKSONLEWIS.COM

December 12, 2018

**VIA ECF**

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:    **Anita Rosario v. Theradynamics Physical Therapy Rehabilitation, et al.**
              **Civil Action No. 18-cv-5847 (NGG) (RER)**

Dear Judge Garaufis:

      We represent Defendants Theradynamics Physical Therapy Rehabilitation and Kelvin Turbrio ("Defendants"), in the above-referenced matter. Pursuant to Rules II.E. of Your Honor's Individual Practices, we write respectfully to request an extension of the deadline for Defendants to answer, move or otherwise respond to the Complaint from December 24, 2018 up to and including January 14, 2019. Plaintiff's counsel consents to this request. We make this request because we require additional time to review the allegations in the Complaint, speak to pertinent witnesses, review relevant documents, and determine and prepare an appropriate response to the Complaint. This is Defendants' first request for an extension of this deadline. No other deadlines have been scheduled in this case.

      Thank you for your consideration of this request.

              Respectfully submitted,

              JACKSON LEWIS P.C.

              Jennifer B. Courtian

JBC/wr

cc: Kenneth Sommer