

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
666 Third Avenue
New York, New York 10017
Tel 212 545-4000
Fax 212 972-3213
www.jacksonlewis.com

ALBANY, NY · ALBUQUERQUE, NM · ATLANTA, GA · AUSTIN, TX · BALTIMORE, MD · BIRMINGHAM, AL · BOSTON, MA · CHICAGO, IL · CINCINNATI, OH · CLEVELAND, OH · DALLAS, TX · DAYTON, OH · DENVER, CO · DETROIT, MI · GRAND RAPIDS, MI

GREENVILLE, SC · HARTFORD, CT · HONOLULU, HI* · HOUSTON, TX · INDIANAPOLIS, IN · JACKSONVILLE, FL · KANSAS CITY REGION · LAS VEGAS, NV · LONG ISLAND, NY · LOS ANGELES, CA · MADISON, WI · MEMPHIS, TN · MIAMI, FL · MILWAUKEE, WI · MINNEAPOLIS, MN

MONMOUTH COUNTY, NJ · MORRISTOWN, NJ · NEW ORLEANS, LA · NEW YORK, NY · NORFOLK, VA · OMAHA, NE · ORANGE COUNTY, CA · ORLANDO, FL · PHILADELPHIA, PA · PHOENIX, AZ · PITTSBURGH, PA · PORTLAND, OR · PORTSMOUTH, NH · PROVIDENCE, RI

RALEIGH, NC · RAPID CITY, SD · RICHMOND, VA · SACRAMENTO, CA · SALT LAKE CITY, UT · SAN DIEGO, CA · SAN FRANCISCO, CA · SAN JUAN, PR · SEATTLE, WA · ST. LOUIS, MO · TAMPA, FL · WASHINGTON, DC REGION · WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: (212) 545-4022
EMAIL ADDRESS: COURTIAJ@JACKSONLEWIS.COM

April 1, 2019

**VIA ECF**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: **Anita Rosario v. Theradynamics Physical Therapy Rehabilitation, et al. Civil Action No. 18-cv-5847 (NGG) (RER)**

Dear Magistrate Judge Reyes:

We represent Defendants Theradynamics Physical Therapy Rehabilitation and Kelvin Turbrio ("Defendants"), in the above-referenced matter. We write jointly on behalf of the Parties, per the Court's order dated March 20, 2019, to advise the Court that the Parties have conferred and, at this time, are not unanimously willing to participate in the E.D.N.Y mediation program. We apologize for the one-day delay in filing this letter with the Court. The additional time was necessary in order to get clarity from our clients as to their position on mediation.

Respectfully submitted,

JACKSON LEWIS P.C.

Jennifer B. Courtian

JBC/wr
cc: Daniel J. LaRose, Esq. (Via ECF)
Steven Fingerhut (Via ECF)